**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-6105**

───────────────

COREY ELMO WELKER,

                                        Plaintiff - Appellant,

        versus

CARL R. PEED; CAPTAIN WOOD, Captain, Con-
finement; LIEUTENANT CORCORAN, Lieutenant,
Classification; LIEUTENANT BLAINE, Lieutenant,
Unknown; LIEUTENANT WHITLEY, Lieutenant,
Unknown; DEPUTY SCOTT, Post Deputy; DEPUTY
CACHUELA, Post Deputy,

                                        Defendants - Appellees,

        and

OFFICE OF THE SHERIFF; PERSONNEL OF THE FAIR-
FAX COUNTY ADULT DETENTION & PRERELEASE
CENTER; MAJOR COLAVITA, Major, PRC; LT. CORNE-
LIUS, Lieutenant, Programs; KARL HOLSBURG,
Civilian Chaplin; SERGEANT MAIN; DEPUTY HULL;
DOCTOR SUSHI,

                                        Defendants.

───────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-95-1198-2)

───────────────

Submitted:  June 18, 1998              Decided:  July 8, 1998

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Corey Elmo Welker, Appellant Pro Se.  John J. Brandt, Robert S. Corish, SLENKER, BRANDT, JENNINGS & JOHNSTON, Merrifield, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Welker v. Peed, No. CA-95-1198-2 (E.D. Va. Dec. 16, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED